UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-2159 MJD/JGL

RALPH E. JORGENSEN )
)
Plaintiff, )
)
v. ) **ORDER OF DISMISSAL**
)
JOHN E. POTTER )
United States Postmaster General )
)
Defendant )
)

Pursuant to the Settlement Agreement and Release of All Claims filed in this action and incorporated by reference herein, it is hereby **ORDERED**:

1. That this action be, and the same hereby is, **DISMISSED WITH PREJUDICE**; and

2. That the parties shall bear their own attorneys' fees, costs, and disbursements.

Dated: August 26, 2002

Michael J. Davis
United States District Court Judge



FILED 8-26-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________